FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2  AM 7:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARGARET THERIOT                                        CIVIL ACTION

VERSUS                                                  NO: 04-3049

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                 SECTION "J" (3)

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and Plaintiff's **Objections to the Findings and Recommendations** (Rec. Doc. 16), hereby approves the Report and Recommendation (Rec. Doc. 15) of the United States Magistrate Judge and adopts it as its opinion herein. Plaintiff has failed to show that the Administrative Law Judge's final decision was unsupported by substantial evidence or that the refusal to admit cumulative lay testimony prejudiced plaintiff's claim.

Accordingly;

**IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 16)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

should be and are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that Commissioner's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED** and that the plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this \_\_\_28th\_\_\_ day of April, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE